IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN GELTMAN,<br>            Plaintiff,<br><br>   v.<br><br>ALLCITY NETWORK, INC. and BSN LIVE, INC.,<br>            Defendants. | CIVIL ACTION<br><br><br><br>NO.  24CV2255 |

### ORDER

**AND NOW**, this 13h day of June, 2025, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 39) and all responses and replies thereto (ECF Nos. 41 & 45), **IT IS HEREBY ORDERED** that Summary Judgment is **GRANTED** in Defendants' favor.

The Clerk of Court is **DIRECTED** to **TERMINATE** this matter and mark it as **CLOSED**.

BY THE COURT:


S/ WENDY BEETLESTONE

WENDY BEETLESTONE, J.